UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIE A. CONNOR,
         Plaintiff,

-vs-                              Case No. 6:08-cv-658-Orl-28KRS

ALLIANCE TITLE OF BREVARD, LLC,
LIZABETH A. CASSELLA,
MICHAEL W. SPRAGINS,
STEPHEN H. SPRAGINS,
         Defendants.

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 20) filed September 5, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 10, 2008 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement (Doc. No. 20) is **GRANTED**.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of September, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party